1    **WO**

2

3

4                    **IN THE UNITED STATES DISTRICT COURT**

5                       **FOR THE DISTRICT OF ARIZONA**

6

7    United States of America,              )   No. CR-02-0976-PHX-SMM
             Plaintiff,                      )
8                                            )
     vs.                                     )
9                                            )
                                             )
10   Jeffrey H. Feingold,                    )
             Defendant.                      )
11                                           )                 **ORDER**
                                             )
12                                           )
                                             )
13   _____       )

14

15          On July 21, 2006, the Ninth Circuit Court of Appeals vacated Defendant Jeffrey H.

16   Feingold's 144-month sentence, and remanded for "resentencing under United States v.

17   Beng-Salazar," 452 F.3d 1088, 1092-93 (9th Cir. July 6, 2006) (holding that "a defendant

18   who raised an objection in district court based on the Sixth Amendment holdings of the

19   Apprendi line of cases preserved his claim that he is entitled to resentencing under the

20   advisory Guidelines regime). (Dkt. 238). On August 22, 2006, the mandate was entered in

21   this Court.

22          Accordingly,

23          **IT IS HEREBY ORDERED** that Defendant shall be resentenced on Monday,

24   October 23, 2006 at 3:30 p.m. in Courtroom No. 605.

25          **IT IS FURTHER ORDERED** that, no later than September 15, 2006, counsel for

26   Defendant shall advise the Court whether (i) Defendant waives his presence at resentencing

27   and would like to appear instead by video conference or telephonically; or (ii) Defendant

28

1    elects to be present at resentencing.  If Defendant elects to waive presence, counsel for

2    Defendant shall file and serve an appropriate form of waiver on this same date.

3         **IT IS FURTHER ORDERED** that, no later than Friday, October 6, 2006, counsel

4    for both parties shall submit briefs addressing the process the Court should follow in

5    resentencing Defendant under the now-advisory Guidelines and in accordance with United

6    States v. Booker, 543 U.S. 220 (2005).

7         **IT IS FURTHER ORDERED** that, no later than September 15, 2006, the United

8    States Probation Office shall forward copies of the complete Presentence Report submitted

9    in preparation for Defendant's original sentencing to (i) the Court; (ii) counsel for the

10   Defendant; and (iii) counsel for the Government.

11        **IT IS FURTHER ORDERED** that a copy of this Order shall be provided to Linda

12   Coyle, United States Probation Office.

13        **IT IS FURTHER ORDERED** that the Clerk shall electronically send Defendant's

14   appellate counsel, Michele R. Moretti, Law Office of Michele R. Moretti, 7671 SW 117th

15   Place, Lake Butler, Florida, 32054, email: michele501@earthlink.net, a copy of this Order,

16   as the motion to withdraw filed by Defendant's trial counsel, Thomas Hoidal, was granted

17   by the Ninth Circuit Court of Appeals on April 6, 2005.  (Dkt. 232.)

18        DATED this 28th day of August, 2006.

19

20

21                                    Stephen M. McNamee
                                      United States District Judge

22

23

24

25

26

27

28