**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>vs.<br><br>Jeffrey H. Feingold,<br>　　　　Defendant. | No. CR-02-0976-PHX-SMM<br><br><br><br><br>**ORDER** |

On July 21, 2006, the Ninth Circuit Court of Appeals vacated Defendant Jeffrey H. Feingold's 144-month sentence, and remanded for "resentencing under United States v. Beng-Salazar," 452 F.3d 1088, 1092-93 (9th Cir. July 6, 2006). On August 28, 2006, this Court issued an order setting October 23, 2006, as the date for Defendant's resentencing. (Dkt. 239.) On September 18, 2006, Defendant filed an Amended Motion to Continue Sentencing Pending the Result of a Petition for Writ of Certiorari in the United States Supreme Court. (Dkt. 244.) Good cause appearing,

**IT IS HEREBY ORDERED VACATING** Defendant's resentencing date of October 23, 2006. See Dkt. 239.

**IT IS FURTHER ORDERED GRANTING** Defendant's Amended Motion to Continue Sentencing Pending the Result of a Petition for Writ of Certiorari in the United States Supreme Court. (Dkt. 244.)

**IT IS FURTHER ORDERED** that counsel for Defendant shall immediately provide this Court written notice if Defendant decides not to file a petition for writ of certiorari.

1  **IT IS FURTHER ORDERED** that any party who files a petition for certiorari with the United States Supreme Court shall provide this Court with a copy of such petition.

**IT IS FURTHER ORDERED** that any party who files a petition for certiorari with the United States Supreme Court shall immediately provide this Court written notice of the date any such petition is granted or denied.

DATED this 19th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge