**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>vs.<br><br>Jeffrey H. Feingold,<br>　　　　Defendant. | No. CR-02-0976-PHX-SMM<br><br><br><br><br>**ORDER** |

Pending before the Court is an Amended Notice of Substitution of Counsel filed by Michele Moretti and Request for Appointment of new counsel Mark Berardoni Under the Criminal Justice Act. (Dkt. 253.) Good cause appearing,

**IT IS HEREBY ORDERED** granting the request and appointing attorney Mark Berardoni, 45 W. Jefferson St., Suite 810, Phoenix, AZ 85003, (602) 257-1295, pursuant to the Criminal Justice Act, as attorney of record for defendant for all further proceedings through Re-Sentencing.

**IT IS FURTHER ORDERED** that the Clerk of Court provide copies of this Order to counsel for the United States, to the Defendant, Jeffrey H. Feingold, and to appointed CJA counsel, Mark Berardoni, berardonilaw@yahoo.com.

DATED this 26th day of January, 2007.

_____
Stephen M. McNamee
United States District Judge