**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America, Plaintiff,

vs.

Jeffrey H. Feingold, Defendant.

No. CR-02-0976-PHX-SMM

**ORDER**

On July 21, 2006, the Ninth Circuit Court of Appeals vacated Defendant Jeffrey H. Feingold's 144-month sentence, and remanded for "resentencing under United States v. Beng-Salazar," 452 F.3d 1088, 1092-93 (9th Cir. July 6, 2006) (holding that "a defendant who raised an objection in district court based on the Sixth Amendment holdings of the Apprendi line of cases preserved his claim that he is entitled to resentencing under the advisory Guidelines regime). (Dkt. 238). On August 22, 2006, the mandate was entered in this Court. (Id.)

On October 18, 2006, Defendant filed a Petition for Writ of Certiorari in the United States Supreme Court. (Dkt. 251.) On November 27, 2006, Defendant's Petition for Writ of Certiorari was denied. (Sup.Ct. dkt. 06-7362.)

On January 26, 2007, this Court substituted counsel Mark Berardoni into the case to represent Defendant for all further proceedings through resentencing. (Dkt. 256.)

Accordingly,

**IT IS HEREBY ORDERED** that Defendant shall be resentenced on Tuesday, April 10, 2007 at 9:00 a.m. in Courtroom No. 605.

**IT IS FURTHER ORDERED** that, no later than March 6, 2007, counsel for Defendant shall advise the Court whether (i) Defendant waives his presence at resentencing and would like to appear instead by video conference or telephonically; or (ii) Defendant elects to be present at resentencing. If Defendant elects to waive presence, counsel for Defendant shall file and serve an appropriate form of waiver on this same date.

**IT IS FURTHER ORDERED** that, no later than Friday, March 23, 2007, counsel for both parties shall submit briefs addressing the process the Court should follow in resentencing Defendant under the now-advisory Guidelines and in accordance with United States v. Booker, 543 U.S. 220 (2005).

**IT IS FURTHER ORDERED** that, no later than March 6, 2007, the United States Probation Office shall forward copies of the complete Presentence Report submitted in preparation for Defendant's original sentencing to (i) the Court; (ii) counsel for the Defendant; and (iii) counsel for the Government.

**IT IS FURTHER ORDERED** that, in addition to counsel for both parties, a copy of this Order shall be provided to Linda Coyle, United States Probation Office.

DATED this 1st day of February, 2007.

Stephen M. McNamee
United States District Judge